FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ADRIANA BUELNA-ZAMBA,<br><br>   Petitioner,<br><br>   v.<br><br>MS. T. BANKS,<br><br>   Respondent. | No. CV 08-1883-GAF (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: 10/24/08

GARRY A. FEESS
UNITED STATES DISTRICT JUDGE